# Exhibit 11

**Comparison of Davis and Evercore Deal Analysis**
*Davis Estimates developed on accrual basis through 3/31*

|  | Davis Estimates | Evercore | Variance |
|---|---:|---:|---:|
| **Sources of Cash:** | | | |
| Evercore | $ 150,000,000 | $ 150,000,000 | $ - |
| Cash on hand | 9,090,061 | 8,241,820 | 848,241 |
| Accounts receivable | 2,463,493 | 2,964,632 | (501,139) |
| Production Cash Receipts | 18,459,510 | - | 18,459,510 |
| Prospect Sale Cash Receipts | 1,585,000 | - | 1,585,000 |
| **Total Cash Sources** | $ 181,598,064 | $ 161,206,452 | $ 20,391,612 |
| **Uses of Cash:** | | | |
| Evercore transaction fee | $ (2,250,000) | $ (2,250,000) | $ - |
| Evercore prior transaction expenses | (1,500,000) | (1,500,000) | - |
| Evercore holdback | (10,000,000) | (10,000,000) | - |
| Evercore working capital adjustment | - | - | - |
| Revenue distribution | (13,612,436) | - | (13,612,436) |
| Royalty Payments in Suspense | (1,191,194) | - | (1,191,194) |
| Lease operating expenses | (943,130) | - | (943,130) |
| Accounts payable | (34,215,241) | (37,684,841) | 3,469,600 |
| Accrued Liabilities | (16,005,134) | - | (16,005,134) |
| Professional Fees | (1,286,615) | - | (1,286,615) |
| Insurance | (458,190) | - | (458,190) |
| Payroll | (1,050,000) | - | (1,050,000) |
| SERP | (1,097,340) | - | (1,097,340) |
| Deferred Compensation Payout | (873,599) | (873,599) | - |
| Rent | (109,667) | - | (109,667) |
| G&A Overhead | (790,000) | - | (790,000) |
| Bank of America Loan | (20,000,000) | (20,000,000) | - |
| Bank of America Hedge Balance | (8,977,477) | (8,977,477) | - |
| Sankaty Series A and B | (23,904,842) | (23,904,842) | - |
| Sankaty Bridge Loan | (20,356,183) | (20,356,183) | - |
| Financing Costs | (1,498,889) | - | (1,498,889) |
| Other Adjustments[1] | | | |
| **Total Cash Uses** | $ (160,119,937) | $ (125,546,942) | $ (34,572,995) |
| Net Cash Sources | $ 21,478,127 | $ 35,659,510 | $ (14,181,383) |
| Plus: Holdback | 10,000,000 | 10,000,000 | - |
| **Total Proceeds** | $ 31,478,127 | $ 45,659,510 | $ (14,181,383) |

[1] Other potential adjustments not yet calculated include business interuption insurance proceeds, insurance proceeds related to legal fees incurred by directors and officers and potential payments associated with various employee severance payments and contracting agreements.