UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DAVIS PETROLEUM CORPORATION, | § § | CASE NO. 06-20152 |
| DAVIS OFFSHORE, L.P. and | § § | CASE NO. 06-20153 |
| DAVIS PETROLEUM PIPELINE LLC, | § § § | CASE NO. 06-20154 |
| DEBTORS | § § § | MOTION FOR JOINT ADMINISTRATION PENDING |

**WITNESS & EXHIBIT LIST OF DAVIS PETROLEUM CORPORATION, DAVIS OFFSHORE, L.P. AND DAVIS PETROLEUM PIPELINE, LLC**

**WITNESS LIST**

DAVIS PETROLEUM CORPORATION, DAVIS OFFSHORE, L.P. AND DAVIS PETROLEUM PIPELINE, LLC ("Davis") will call the following witnesses in support of first day motions, adequacy of disclosure, solicitation and confirmation of the plan:

1. Gregg Davis – Davis Petroleum

2. Albert Conly – FTI Consulting, Inc.

3. George Canjar – Davis Petroleum

4. Puneet Gulati- Evercore Capital Partners II LP

# EXHIBIT LIST

Davis expects to offer the following exhibits:

| NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Solicitation Package dated March 2, 2006 including Plan and Disclosure Statement with Exhibits A-C and 1-14 | | | | | | |
| 2. | Certificate of Service dated March 3, 1006 for revisions to disclosure statement | | | | | | |
| 3. | Certificate of Service dated March 4, 2006 for Amended Exhibit 4 to the Disclosure Statement | | | | | | |
| 4. | Certificate of Service dated March 5, 2006 for revisions to disclosure statement relating to Gregg Davis participation and compensation | | | | | | |
| 5. | Certificate of Service dated March 7, 2006 of revisions to plan Liquidating Trust provisions | | | | | | |
| 6. | Certificate of Service dated March 7, 2006 of Supplemental Disclosure of Gregg Davis compensation agreement | | | | | | |
| 7. | Proof of Service of Petitions, First Day Pleadings, Plan and Disclosure Statement dated March 8, 2006 | | | | | | |

| NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 8. | Notice of Hearings on First Day Motions, and Confirmation of Plan and Disclosure Statement dated March 8, 2006 | | | | | | |
| 9. | Disclosure Statement dated March 7, 2006 with exhibits A-C and 1-14 | | | | | | |
| 10. | Ballot Tally Affidavit | | | | | | |
| 11. | Cash Collateral Budget | | | | | | |
| 12. | Affidavit of Gregg Davis in support of First Day Motions | | | | | | |
| 13. | Proffer of Albert Conly in support of confirmation of the Plan | | | | | | |
| 14. | Proffer of Gregg Davis in support of confirmation of the Plan | | | | | | |
| 15. | Proffer of Puteen Gulati in support of confirmation of the Plan | | | | | | |
| 16. | Resume of Albert Conly | | | | | | |
| 17. | List of Rejected Contracts | | | | | | |
| 18. | Purchase and Sale Agreement dated March 7, 2006 | | | | | | |
| | | | | | | | |

Davis reserves its right to supplement this Witness and Exhibit List as is necessary prior to the hearing on the March 9, 2006.

**DATED**:    March 8, 2006.

|  | Respectfully submitted, <br><br> *[signature: Diana M. Woodman]* <br><br> **RHETT G. CAMPBELL** (SBN 03714500) <br> Phone:  713 653 8660 <br> Rhett.Campbell@tklaw.com <br> **DIANA M. WOODMAN** (SBN 21942300) <br> Phone:  713 951 5830 <br> Diana.Woodman@tklaw.com <br> **MITCHELL E. AYER** (SBN 01465500) <br> Phone:  713 653 8638 <br> Mitchell.Ayer@tklaw.com <br> **MATTHEW R. REED** (SBN 24046693) <br> Phone:  713 653 8695 <br> Matt.Reed@tklaw.com <br> **THOMPSON & KNIGHT LLP** <br> 333 Clay Street, Suite 3300 <br> Houston, Texas 77002 <br> Phone:  713-654-8111 <br> Fax:  713-654-1871 <br> -and- <br> **SHELBY A. JORDAN** (SBN 11016700) <br> sjordan@jhwclaw.com <br> **HARLIN C. WOMBLE** (SBN 21880300) <br> hwomble@jhwclaw.com <br> **NATHANIEL PETER HOLZER** (SBN 00793971) <br> pholzer@jhwclaw.com <br> **JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.** <br> 500 N. Shoreline Blvd, Suite 900 <br> Corpus Christi, Texas 78471 <br> Telephone: (361) 884-5678 <br> Telecopier: (361) 888-5555 <br><br> **Proposed Attorneys for Davis Petroleum Corp., Davis Offshore, L.P., and Davis Petroleum Pipeline LLC** |
|---|---|

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served upon the parties on the attached Service List by first class U.S. mail, postage prepaid on this 8th day of March, 2006, or by facsimile transmittal as indicated.

*Diana M. Woodman*

Diana M. Woodman

**LIMITED SERVICE LIST**
as of March 7, 2006

**Debtors:**

Davis Petroleum Corporation
1360 Post Oak Blvd., Suite 2400
Houston, Texas 77056

Davis Offshore, L.P.
1360 Post Oak Blvd., Suite 2400
Houston, Texas 77056

Davis Petroleum Pipeline LLC
1360 Post Oak Blvd., Suite 2400
Houston, Texas 77056

**Debtors' Attorneys:**

Rhett G. Campbell
Diana M. Woodman
Mitchell E. Ayer
Matthew R. Reed
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002
Rhett.Campbell@tklaw.com
Diana.Woodman@tklaw.com
Mitchell.Ayer@tklaw.com
Matthew.Reed@tklaw.com

Shelby A. Jordan
Harlin C. Womble
Nathaniel Peter Holzer
JORDAN, HYDEN, WOMBLE,
CULBRETH & HOLZER, P.C.
500 N. Shoreline Blvd, Suite 900
Corpus Christi, Texas 78471
sjordan@jhwclaw.com
hwomble@jhwclaw.com
pholzer@jhwclaw.com

**United States Trustee:**

United States Trustee
Southern District of Texas
Corpus Christi Office
600 N. Carancahua Street, Suite 1107
Corpus Christi, TX 78476

**Equity Security Holders – Davis Petroleum Corporation:**

Dana Leigh Davis, Trustee
Dana Leigh Davis Trust
613 N Hillcrest Road
Beverly Hills, CA 90210

Gregg Davis, Trustee
Gregg Davis Trust
3653 Inverness Drive
Houston, TX 77019

John Davis, Trustee
John Davis Trust
10625 Taranto Way
Suite 2800
Los Angeles, CA 90077

Barbara Davis, Trustee
Marvin & Barbara Davis Revocable Trust
1148 Coldwater Canyon Drive
Beverly Hills, CA 902102403

Nancy Sue Davis, Trustee
Nancy Sue Davis Trust
616 Nimes Road
Los Angeles, CA 90077

Patricia Davis Raynes, Trustee
Patricia Davis Raynes Trust
c/o Carlyle Hotel
35 East 76th Street #1407
New York, NY 10021

**Equity Security Holders - Davis Offshore, L.P.:**

Davis Offshore Management LLC
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

Davis Offshore Holdings LLC
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

1

502183 000030 HOUSTON 443719.2

**Counsel for Shareholders of Debtors:**

Edward A. Landry
Leonard E. Castro
Musick Peeler & Garrett LLP
One Wilshire Blvd., Ste 2000
Los Angeles, CA 90017-3383
213 624 1376 – fax
e.landry@mpglaw.com
(Attorney for Barbara Davis)

Kevin J. Leichter
Skip Miller
Christensen, Miller, Fink, Jacobs, Glaser, Weil
& Shapiro, LLP
10250 Constellation Blvd., 19th Fl
Los Angeles, CA 90067
310 556 2920 – fax
kleichter@chrismill.com
Smiller@chrismill.com
(Attorneys for Barbara Davis)

David Shapiro
Fred Norton
Boies Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA. 94612
fnorton@bsflip.com
dshapiro@bsflip.com
(Attorney for Patricia Davis Raynes)

Richard Golub
42 E 64th Street
New York, NY 10021
argolub@argolub.com
(Attorney for Patricia Davis Raynes)

Eric Waxman
Jerome L. Coben
Skadden, Arps, Slate, Meagher &Flom LLP
300 South Grand Ave., Ste 3400
Los Angeles, CA 90071
213 687 5600 – fax
ewaxman@skadden.com
jcoben@skadden.com
(Attorney for John Davis)

Richard B. Levin
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
F: 213.621.5940
rlevin@skadden.com
(Attorney for John Davis)

Michael H. Diamond
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
Los Angeles, CA 90017
213 629 5063 – fax
MDiamond@milbank.com
(Attorney for Nancy Davis)

Richard W. Baker
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
213 629 5063 – fax
RBaker@milbank.com
(Attorney for Nancy Davis)

Jack Hardy
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
213 430 6407 – fax
jhardy@omm.com
(Attorney for company in Evercore deal)

Susan M. Marcella
Gibson, Dunn & Crutcher LLP
333 S. Grand Ave., Ste 4700
Los Angeles, CA 90071
213 229 7520 – fax
smarcella@gibsondunn.com
(Attorney for Gregg Davis)

Bruce J. Ruzinsky
Sabrina McTopy
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010
bruzinsky@jw.com
smctopy@jw.com
(Attorneys for Gregg Davis)

Scott P. Cooper
Proskauer Rose LLP
2049 Century Park East, Ste 3200
Los Angeles, CA 90067-3206
310 557 2193
scooper@proskauer.com
(Attorney for Dana Davis Fenton)

Lawrence H. Budish
Bradley I. Ruskin
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
212 969 2900 – fax
lbudish@proskauer.com
BRuskin@proskauer.com
(Attorney for Dana Davis Fenton)

**Counsel for Indemnified Parties:**

Marvin Davis Estate
c/o Edward A. Landry
Musick Peeler & Garrett LLP
One Wilshire Blvd., Ste 2000
Los Angeles, CA 90017-3383
Federal Express and USPS Mailing address:
624 S. Grand Ave., Suite 2000
Los Angeles, CA 90017
213 624 1376 – fax
e.landry@mpglaw.com
(Attorney for Barbara Davis – Marvin Davis Estate)

Charles N. Kenworthy
Allen Matkins Leck Gamble & Mallory LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067-6019
310 788 2410 – fax
ckenworthy@allenmatkins.com
(Attorney for Paul Messinger)

Michael A. Barth
31 Malaga Cove Plaza
Palos Verdes Estates, CA 90274-1306
mab@barthlaw.com
(Attorney for Kenneth R. Kilroy)

Gerald P. Fox
Jay M. Spillane
Ed Martinez
Fox & Spillane LLP
1880 Century Park East, Ste 1004
Los Angeles, CA 90067
310 229 9380 – fax
gfox@foxspillane.com
emartinez@foxspillane.com
(Attorney for Kenneth R. Kilroy)

Lawrence A. Katz
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
lakatz@venable.com
(Attorney for Kenneth R. Kilroy)

Charles W. Cox
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
chuck.cox@lwlaw.com
(Attorney for Grace Drulias)

**Secured Creditors:**

Sankaty Advisors LLC
111 Huntington Avenue
Boston, MA 02199

Marty Sosland
James P. Muenker
Weil Gotshal
200 Crescent Court
Suite 300
Dallas, TX 75201
martin.sosland@weil.com
james.muenker@weil.com
(Attorneys for Sankaty Advisors LLC)

Bank of America
MA51000601
100 Federal Street
Boston, MA 02110

Steve Ellis
Proskauer Rose LLP
One International Place
14TH Floor
Boston, MA 02110-2600
sellis@proskauer.com
(Counsel for Sankaty Advisors LLC)

John Mitchell
James A. Markus
Vinson & Elkins
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
jmitchell@velaw.com
jmarkus@velaw.com
(Counsel for Bank of America)

**20 Largest Unsecured Creditors – Davis Petroleum Corporation:**

AICCO, Inc.
PO Box 200455
Dallas, TX 75320-0455

Baker Hughes
Hughes Christensen Co.
800 N. Shoreline, Suite 700
N Tower
Corpus Christi, TX 78401

Christopher J. Ryan
Manager of Collections
Baker Hughes Incorporated
3900 Essex Lane, Suite 1200
Houston, TX 77027
chris.ryan@bakerhughes.com

BJ Services Company
5500 Northwest Central Dr.
Houston, TX 77092

Bourland & Leverich Supply Co, Ltd
PO Box 778
Pampa, TX 79066

Chesapeake Operating Inc.
PO Box 960165
Oklahoma City, OK 73196

Chesapeake Operating Inc.
PO Box 18496
Oklahoma City, OK 73154

Grey Wolf Drilling Co., LP
Box 4346, Dept. 504
Houston, TX 77210-4346

JW Operating Company
P. O. Box 970500
Dallas, TX 75397-0500

Jeff Compton, Trustee
Reliant Creditors Trust
909 Fannin Street, Suite 3150
Houston, TX 77010

Kiva Construction & Engineering, Inc.
P. O. Box 40
Anahuac, TX 77514

National Onshore LP
PO Box 5391
Bryan, TX 77805-5391

O'Melveny & Myers LLP
700 Louisiana Street
Houston, TX 77002
Attn: Jack Hardy

Opus Oil & Gas LP
16800 Imperial Valley Drive
Suite 380
Houston, TX 77060

Paterson UTI Drilling Company
P. O. Box 260111
Dallas, TX 75326-0111

Pathfinder energy Services, Inc.
PO Box 200641
Dallas, TX 75320-0641

Pipeco Services LP
PO Box 974644
Dallas, TX 75397-4644

Range Resources Corporation
PO Box 970463
Dallas, TX 75397-0463

The Offshore Drilling Co.
2000 West Sam Houston Parkway
Suite 800
Houston, TX 77042

The Offshore Drilling Co.
PO Box 650002 Dept 8025
Dallas, TX 75265-0002

Triad Pipe & Steel Co.
9225 Katy Frwy, Suite 400
Houston, TX 77024

**20 Largest Unsecured Creditors - Davis Offshore, L.P.**

Bank of America
MA5-100-06-01
100 Federal
Boston, MA 02110

Brian C Gillespie
4907 Remington Court
Sugar Land, TX 77479

CGG Americas
16430 Park Ten Place
Houston, TX 77084

Edward C Stengel
12808 Kingsbridge Ln
Houston, TX 77077

Generation IX Technologies
1607 Pontius Avenue
Los Angeles, CA 90025

HIS Energy Group
Department Number 142
Denver, CO 80271-0142

John A Sansbury Jr
Palmer Woods Dr
Spring, TX 77381

John K Bellis
1081 Singletree Rd
Edwards, CO 81632

LLOG Exploration Offshore
Metairie Rd., Suite 600
Metairie, LA 70005

Mark H Gillespie
24919 Magnolia Rd
Hockley, TX 77447

Michael C Clark
19410 Morrisfield Ct
Houston, TX 77094

Minerals Management Service
Royalty Management Program
PO Box 5810 TA
Denver, CO 80217

Minerals Management Service
1201 Elmwood Park Blvd.
New Orleans, LA 70123-2394

Noble Energy
100 Glenborough, Suite 100
Houston, TX 77067
Attn: Arnie Johnson
ajohnson@nobleenergyinc.com

Pioneer Natural Resources
5205 N O'Connor Blvd., Suite 900
Irving, TX 75039

Plains Exploration
700 Milam, Site 3100
Houston, TX 77002-2815

Sankaty Advisors LLC
111 Huntington Avenue
Boston, MA 02199

Star Office
Address Unknown

TGS Nopec Geophysical Co.
2500 Citywest Blvd., Suite 2000
Houston, TX 77042

**20 Largest Unsecured Creditors – Davis Petroleum Pipeline**
Bank of America
MA51000601
100 Federal Street
Boston, MA 02110

John P Mathis
2111 Rycroft Dr.
Spring, TX 77386

Port of Houston Authority
PO Box 973884
Dallas, TX 753973884

Sankaty Advisors LLC
111 Huntington Avenue
Boston, MA 02199

**Official Committee Members:**
(to be determined)

**Parties in Interest:**

Jeff Schlegel
J. Mark Metts
Jones Day
717 Texas, 33rd Floor
Houston, TX 77002
E-mail: jaschlegel@jonesday.com
E-mail: markmetts@jonesday.com
(Counsel for Evercore)

Richard Engman
Jones Day
222 East 41st Street
New York, NY 10017-6702
E-mail: rengman@jonesday.com
(Counsel for Evercore)

Mayer Bick
Evercore Capital Partners
11111 Santa Monica Boulevard
Los Angeles, CA 90025
bick@evercore.com

Puneet Gulati
Evercore Partners
55 East 52nd Street
New York, NY 10055

**Government Agencies:**

Armando Berrera Jr., Tax Assessor
Hidalgo County
PO Box 178
Edinburg, TX 78540-0178

Barbers Hill ISD
Tax Assessor/Collector
PO Box 1108
Mont Belvieu, TX 77580-1108

California Sales
Tax Office
PO Box 942879
Sacramento, CA 94279-0001

Cathy Hokit, Assessor
Stephens County
101 S 11th, Room 208
Duncan, OK 73533

Cheryl E Johnson, Tax Assessor
Galveston County
PO Box 1169
Galveston, TX 77553-1169

City of Los Angeles – Office of Finance
Special Desk Unit
2000 North Spring Street, Room 101
Los Angeles, Ca 90012

Colorado Department of Revenue
1375 Sherman St
Denver, CO 80261

Conrad Comeaux, Assessor
Lafayette Parish
PO Box 3225
Lafayette, LA 70502-3225

David Rauzi, Assessor
80 West Flaming Gorge
Green River, WY 82935

David S Simmons, Tax Assessor/Collector
Donna ISD
PO Box 1120
Donna, TX 78537-1120

Donald G Kratzer, Assessor
Jefferson Davis Parish
300 N State Street, Room 103
Jennings, LA 70546

Donna Irrigation District #1
Tax Collector
PO Box 775
Donna, TX 78537-0775

Goose Creek CISD
Tax Collector
PO Box 2805
Baytown, TX 77522-2805

Houston ISD
Tax Office
PO Box 4593
Houston, TX 77210-4593

Kimberly Patterson, Tax Collector
Santa Fe ISD
PO Box 899
Santa Fe, TX 77510

La Porte ISD
Tax Collector
PO Box 1849
La Porte, TX  77572-1849

Margie Henry, Tax Assessor-Collector
Chamber County
PO Box 519
Anahuac, TX  77514

Mark McClelland, RTA
Liberty County Tax Assessor/Collector
PO Box 10288
Liberty, TX  77575

Michel Langlinais, Assessor
Vermilion Parish
1000 N State Street, Suite 110
Abbeville, LA  70510

Mississippi Tax Commission
PO Box 22808
Jackson, MS  39225-2808

Montana Department of Revenue
PO Box 5805
Helena, MT 59604

New Mexico Taxation & Revenue Department
1100 S St. Francis Dr
PO Box 630
Santa Fe, NM 87504-0630

Oklahoma Tax Commission
2501 North Lincoln Boulevard
Oklahoma City, OK 73194

Paul Bettencourt, Tax Assessor/Collector
Harris County
PO Box 4622
Houston, TX 77210-4622

R Garett, RTA, Tax Assessor/Collector
Brazoria County
PO Box 1586
Lake Jackson, TX 77566-1586

Ramiro R Canales-Tax Assessor/Collector
Nueces County
PO Box 2810
Corpus Christi, TX  78403

Rufino H Lozano, Tax Collector
Aransas Pass ISD
PO Box 938
Sinton, TX  78387

Russell L Benoit, CLA
Acadia Parrish
PO Box 1329
Crowley, LA  70527-1329

Stacey Rhodes, RTA
Sheldon ISD Tax Assessor/Collector
11411 C E King Parkway Suite A
Houston, TX  77044-7192

State of Delaware
Division of Revenue
820 N French Street
Wilmington, DE  19801

7

Thelma Kelley, Assessor Collector
San Patricio County
PO Box 280
Sinton, TX 78387-0280

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

VPSO Tax Collector
Vermillon Parish
PO Box 307
Abbeville, LA 70511-0307

Wayne Melancon, Tax Collector
Acadia Parish
PO Box 600
Crowley, LA 70527-0600

Wyoming Department of Revenue
Herschler Bldg 2nd Floor West
Cheyenne, WY 82002-0110

8